[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 20-10938
Non-Argument Calendar
_____

D.C. Docket No. 8:19-cr-00113-SCB-AAS-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RONY EFREN QUINONES MONTANO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(March 18, 2021)

Before JORDAN, GRANT and MARCUS, Circuit Judges.

PER CURIAM:

Jose Rafael Rodriguez, appointed counsel for Rony Quinones Montano in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Montano's conviction and sentence are **AFFIRMED**.